**CAUSE NO. 05-1009**

IN THE 71ST JUDICIAL DISTRICT COURT
OF HARRISON COUNTY, TEXAS

**CARRIE ALEX, ET AL vs. HONEYWELL INTERNATIONAL, INC.**

**CITATION**

TO: <u>THE SHERIFF OR ANY CONSTABLE OF TEXAS</u>        THE STATE OF TEXAS
OR ANY OTHER AUTHORIZED PERSON                    COUNTY OF HARRISON
TO:    Honeywell International, Inc.
       Its Registered Agent Ct Corporation System
       350 N. St. Paul Street
       Dallas, Tx 75201

    Attached is a copy of  PLAINTIFFS' ORIGINAL PETITION.  This was filed on the 16TH day of NOVEMBER, 2005,
in the above cited cause number and court.  The instrument attached describes the claim against you.
    You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you
were served this citation and petition, a default judgment may be taken against you.

    This citation is issued 16TH DAY OF NOVEMBER, 2005 , under my hand and seal of said Court.
                                                SHERRY GRIFFIS, DISTRICT CLERK
                                                HARRISON COUNTY, TEXAS
       SEAL                                     P O Box 1119
                                                Marshall, Texas 75671

                                                BY_____
                                                            Deputy

Issued at the request of
MARK STRACHAN
400 S. ALAMO ST.
MARSHALL, TX 75670

---
**OFFICER/AUTHORIZED PERSON RETURN**
Came to hand at _____ o'clock __ m., on the ____ day of _____, _____
Executed at _____ in _____ County at ____ o'clock __ m
on the _____ day of _____, _____, by delivering to _____
defendant, in person, a true copy of this citation together with the accompanying copy of the petition
attached thereto and I endorsed on said copy of the citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, ___.
       Fee $_____

                                                _____ of _____County, Texas
                                                by_____deputy
_____
       affiant
On this day, _____, known to me to be the person whose signature appears on the foregoing
return, personally appeared. After being duly sworn, he/she stated that this citation was executed by him/her in the exact
manner recited on the return.
SWORN TO AND SUBSCRIBED  BEFORE ME ON _____.

                                                Notary Public

**EXHIBIT**
C3

Arrow

Page 1 of 1

**CT** CORPORATION

November 18, 2005

Mark Strachan
400 S. Alamo St.,
Marshall, TX 75670

Re: Carrie Alex, et al., Pltfs. vs. Honeywell International Inc., Dft.
Case No. 051009

Dear Sir/Madam:

After checking our records and the records of the State of TX, it has been determined that C T Corporation System is not the registered agent for an entity by the name of Honeywell International Inc..

Accordingly, we are returning the documents received from you.

Very truly yours,

Wilma Tyler
Process Specialist

Log# 510712759

cc: 71st Judicial District Court Harrison County, Texas
    Sherry Griffis, Clerk,
    PO Box 1119,
    Marshall, Tx 75671

cc: New York SOP Support

350 North St Paul Street Suite 2900
Dallas, TX 75201
Tel. 214 979 1172
Fax 214 754 0921

**EXHIBIT**

C4

A WoltersKluwer Company

http://arrow.cch-lis.com/SOP/SOP_RejectionLetter.aspx?WorksheetId=510712759                    11/18/2005

BUSINESS ORGANIZATIONS INQUIRY



**Texas Secretary of State**
**Roger Williams**

**SOSD**

**FIND GLOBAL NAME SEARCH**

This search was performed on with the following search parameter:
**ENTITY NAME : Honeywell International Inc**

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|--------------|------|-------------|---------------|-----------|-------------|
| ◌ | 7056706 | HONEYWELL INTERNATIONAL INC. | Foreign Business Corporation | In existence | Legal | In use |
| ◌ | 11473206 | HONEYWELL INTERNATIONAL FINANCE CORPORATION | Foreign Business Corporation | Terminated | Legal | Inactive |
| ◌ | 915406 | HONEYWELL INC. | Foreign Business Corporation | Terminated | Legal | Inactive |
| ◌ | 2361206 | HONEYWELL INC | Foreign Business Corporation | Withdrawn | Legal | Prior |
| ◌ | 800444792 | HONEYWELL FAN COMPANY | Domestic Limited Liability Company (LLC) | In existence | Assumed | Active |
| ◌ | 800467666 | HONEYWELL HOMMED LLC | Foreign Limited Liability Company (LLC) | In existence | Legal | In use |
| ◌ | 3080006 | HONEYWELL BULL INC. | Foreign Business Corporation | In existence | Legal | Prior |
| ◌ | 4346706 | HONEYWELL MERGER COMPANY | Foreign Business Corporation | Terminated | Legal | Prior |
| ◌ | 13064906 | HONEYWELL LEASING COMPANY INC. | Foreign Business Corporation | Terminated | Legal | Inactive |
| ◌ | 101068300 | Honeywell Analytics Inc. | Domestic Business Corporation | In existence | Legal | In use |

Records 1 to 10 of 42 scroll   OR  proceed to page [____] of 5 pages



**Instructions:**
● To view additional information pertaining to a particular filing select the number associated with the name.
● To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY                                   Page 1 of 1





**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 7056706 | **Entity Type:** | Foreign Business Corporation |
| **Original Date of Filing:** | October 6, 1986 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 12226406507 | **FEIN:** | |

**Name:** HONEYWELL INTERNATIONAL INC.
**Address:** 101 COLUMBIA ROAD PO BOX 1057 TAX DEPT
Morristown, NJ 07962-1057 USA
**Fictitious Name:** N/A
**Jurisdiction:** DE, USA
**Foreign Formation Date:** N/A

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | | | **Address** | **Inactive Date** |
| Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company | | | | 701 Brazos Street, Suite 1050 Austin, TX 78701 USA | |

[Order]    [Return to Search]

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

 **COPY**



**CAUSE NO. 05-1009**

IN THE 71ᵉᵀ JUDICIAL DISTRICT COURT
OF HARRISON COUNTY, TEXAS

**CARRIE ALEX, ET AL vs. HONEYWELL INTERNATIONAL, INC.**

**CITATION**

TO: THE SHERIFF OR ANY CONSTABLE OF TEXAS
OR ANY OTHER AUTHORIZED PERSON

TO:    Honeywell International, Inc.
       its Registered Agent Ct Corporation System
       350 N. St. Paul Street
       Dallas, Tx 75201

**THE STATE OF TEXAS
COUNTY OF HARRISON**

Attached is a copy of PLAINTIFFS' ORIGINAL PETITION. This was filed on the 16TH day of NOVEMBER, 2005, in the above cited cause number and court. The instrument attached describes the claim against you.

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

This citation is issued 16TH DAY OF NOVEMBER, 2005 , under my hand and seal of said Court.

SHERRY GRIFFIS, DISTRICT CLERK
HARRISON COUNTY, TEXAS
P O Box 1119
Marshall, Texas 75671

SEAL

BY _____
                              Deputy

Issued at the request of
MARK STRACHAN
400 S. ALAMO ST.
MARSHALL, TX 75670

---

**OFFICER/AUTHORIZED PERSON RETURN**

Came to hand at _____ o'clock ___ m , on the _____ day of _____.
Executed at _____ in _____ County at _____ o'clock ___.m.
on the _____ day of _____, _____, by delivering to _____
defendant, in person, a true copy of this citation together with the accompanying copy of the petition attached thereto and I endorsed on said copy of the citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, .
      Fee $_____

_____ of _____ County, Texas
by_____deputy

_____
        affiant

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.
SWORN TO AND SUBSCRIBED BEFORE ME ON _____.

_____
       Notary Public

CAUSE NO. 05-1109

| | | |
|---|---|---|
| CARRIE ALEX, *et al.* | § | IN THE 71ˢᵗ JUDICIARY |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | DISTRICT COURT IN AND FOR |
| | § | |
| HONEYWELL INTERNATIONAL INC. | § | |
| | § | |
| Defendant. | § | HARRISON COUNTY, TEXAS |

### PLAINTIFFS' ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, Plaintiffs Carrie Alex, *et al.* complaining of Defendant Honeywell International Inc., and for cause of action would as follows:

### I.

### DISCOVERY LEVEL

Because of the number of parties and the complexity of this case, the Plaintiffs plead this cause of action under Discovery Level III. Plaintiffs will ask that the Court enter a Scheduling Order once all the parties have answered.

### II.

### JURISDICTION AND VENUE

The Court has jurisdiction over the Plaintiffs because they are citizens of the State of Texas. The Court has jurisdiction over the Defendants because the Defendant is a corporation doing business in the State of Texas and Defendant entered into a contract to be performed in Texas. This Court has jurisdiction over the controversy because the damages sought are within

enforce their rights under the Settlement Agreement. Plaintiffs seek recovery of reasonable and necessary attorneys' fees.

## PRAYER

Plaintiffs pray that the Court enter judgment against Defendant for actual damages, attorneys' fees, prejudgment and post judgment interest, cost of court, and such other relief to which Plaintiffs may be entitled.

Respectfully submitted,

THE CARLILE LAW FIRM, L.L.P.
400 South Alamo
Marshall, Texas 75670
Telephone No.:  903-938-1655
Fax No.:            903-938-0235

By: _____

David C. Carlile
TBA No. 03804500

D. Scott Carlile
TBA No. 24004576

Bruce A. Craig
TBA No. 04975270

Casey Q. Carlile
TBA No. 24025868

Mark D. Strachan
TBA No. 19351500

**ATTORNEYS FOR PLAINTIFFS**

COPY

CAUSE NO. 05-1009

PLAINTIFF: CARRIE ALEX, ET AL

VS.

DEFENDANT: HONEYWELL INTERNATIONAL INC.

IN THE 71ST JUDICIAL DISTRICT COURT OF HARRISON COUNTY, TEXAS

## CITATION

TO: THE SHERIFF OR ANY CONSTABLE OF TEXAS
OR ANY OTHER AUTHORIZED PERSON
TO: HONEYWELL INTERNATIONAL, INC.
ITS REGISTERED AGENT
C T CORPORATION SYSTEM
350 N. ST. PAUL STREET
DALLAS, TEXAS 75201

THE STATE OF TEXAS
COUNTY OF HARRISON

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION. This instrument was filed on the 16TH day of NOVEMBER, 2005, in the above cited cause number and court. The instrument attached describes the claim against you.
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
TO OFFICER SERVING:
This citation is issued 14TH day of MARCH, 2006, under my hand and seal of said Court.

SEAL

SHERRY GRIFFIS, DISTRICT CLERK
HARRISON COUNTY, TEXAS
Harrison County Courthouse
Marshall, Texas 75670

BY_____
DEPUTY

Issued at the request of
DAVID C. CARLILE
400 SOUTH ALAMO
MARSHALL, TEXAS 75670

## OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock __.m., on the _____ day of _____, 20__.
Executed at _____ in _____ County at _____ o'clock __.m.
on the _____ day of _____, 20__, by delivering to _____
defendant, in person, a true copy of this citation together with the accompanying copy of the petition
attached thereto and I endorsed on said copy of the citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20__.
Fee $._____

_____
affiant

_____ of _____ County, Texas
by_____deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing
return, personally appeared. After being duly sworn, he/she stated that this citation was executed by him/her in the exact
manner recited in the return.
SWORN TO AND SUBSCRIBED BEFORE ME ON _____, 20__.

_____
Notary Public

EXHIBIT
C5



**CORPORATION SERVICE COMPANY**



RECEIVED

MAR 2 3 2006

M. JOHNSON

## Notice of Service of Process

GDF / ALL
**Transmittal Number: 4404116**
**Date Processed: 03/21/2006**

| | |
|---|---|
| **Primary Contact:** | Meg Johnson-Law Dept- Ab-2<br>Honeywell International Inc.<br>101 Columbia Rd.<br><br>Morristown, NJ 07962 |

| | |
|---|---|
| **Entity:** | Honeywell International Inc<br>Entity ID Number 2034040 |
| **Entity Served:** | Honeywell International, Inc. |
| **Title of Action:** | Carrie Alex vs. Honeywell International Inc. |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Asbestos |
| **Court:** | Harrison County District Court , Texas |
| **Case Number:** | 05-1009 |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 03/21/2006 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Plaintiff's Attorney:** | David C. Carlile<br>903-938-1655 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com



**EXHIBIT**

C6

Cause No. 05-1009

| | | |
|---|---|---|
| CARRIE ALEX, ET AL, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | HARRISON COUNTY, TEXAS |
| | § | |
| HONEYWELL INTERNATIONAL INC., | § | |
| | § | |
| Defendant. | § | 71ST JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER

NOW COMES Honeywell International Inc. ("Honeywell"), Defendant, in the above styled and numbered cause and files this Original Answer in response to Plaintiffs' Original Petition.

### I.

#### GENERAL DENIAL

Honeywell enters a general denial pursuant to Rule 92 of the Texas Rules of Civil Procedure and demands strict proof of all Plaintiffs' material allegations by a preponderance of the evidence.

### II.

#### DEFENSES

Honeywell denies that all conditions precedent to filing this suit have been satisfied.

### III.

#### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant Honeywell International Inc. prays that Plaintiffs take nothing by this cause, that Honeywell be discharged with its


EXHIBIT
C7

costs, and for such other and further relief to which Honeywell may be justly entitled and such that justice may be done.

Respectfully submitted,

By: _____

Joseph S. Pevsner
State Bar No. 15874500

Dawn M. Wright
State Bar No. 12742030

L. Kirstine Rogers
State Bar No. 24033009

THOMPSON & KNIGHT L.L.P.
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
(214) 969-1700
Fax: (214) 969-1751

**ATTORNEYS FOR DEFENDANT
HONEYWELL INTERNATIONAL INC.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 20th day of April 2006 a true and correct copy of the foregoing document was forwarded to counsel for Plaintiffs, via certified mail, return receipt requested.

_____
L. Kirstine Rogers

CAUSE NO. 05-1009

CARRIE ALEX, *et al.*

    Plaintiffs,

vs.

HONEYWELL INTERNATIONAL INC.

    Defendant.

§
§
§
§
§
§
§
§
§

IN THE 71st JUDICIAL

DISTRICT COURT IN AND FOR

HARRISON COUNTY, TEXAS

## PLAINTIFFS' MOTION TO SUBSTITUTE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Plaintiffs Carrie Alex, *et al.* and file this Motion to Substitute as follows:

### I.

On November 16, 2005, Plaintiffs filed their Original Petition in this case. Plaintiffs attached settlement contract documents to the Original Petition as Exhibit B. Plaintiffs inadvertently did not redact the amount of the settlement set out in the Exhibit B documents. No answer has been filed at this time, although Defendant is represented by counsel who has expressed concern over the confidential nature of the settlement amount. Plaintiffs have attached to this Motion a redacted copy of Exhibit B. Plaintiffs request that the Court direct the Clerk to substitute the redacted copy of exhibit B attached hereto for the Exhibit B which was attached to Plaintiffs Original Petition.



EXHIBIT

C8

## PRAYER

Plaintiffs pray that the Court Order the substitution as requested above.

Respectfully submitted,

THE CARLILE LAW FIRM, L.L.P.
400 South Alamo
Marshall, Texas 75670
Telephone No.:    903-938-1655
Fax No.:              903-938-0235

By:

David C. Carlile
TBA No. 03804500

D. Scott Carlile
TBA No. 24004576

Bruce A. Craig
TBA No. 04975270

Casey Q. Carlile
TBA No. 24025868

Mark D. Strachan
TBA No. 19351500

## ATTORNEYS FOR PLAINTIFFS

Peter M. Kreindler
Senior Vice President &
General Counsel

Honeywell
101 Columbia Road
Morristown, NJ 07962
973 455-5513
973 455-4217 Fax

Honeywell

September 2? 2003

Mr. Allan Vaughan
Cascino Vaughan Law Offices Ltd.
220 South Ashland
Chicago, IL 60607

Re:    Settlement of Current NARCO Claims

Dear Mr. Vaughan:

This letter (the "Agreement") memorializes the terms and conditions pursuant to which Honeywell International Inc. ("Honeywell") and all persons listed on Exhibit A hereto (the "Current Claimants"), acting by and through Cascino Vaughan Law Offices Ltd. ("Cascino Vaughan") as their counsel, have agreed to settle the claims (the "Current Claims") of the Current Claimants against Honeywell and/or North American Refractories Company ("NARCO") that allege that the Current Claimants were exposed to asbestos-containing product(s) manufactured or distributed by NARCO or its predecessors (the "NARCO Product Line"), which exposure contributed to the cause of the Current Claimants (or claimants' decedents') personal injury or death.[1]

This Agreement is premised on the following facts and circumstances:

Cascino Vaughan shall notify Honeywell in writing by November 30, 2003 of the names and disease categories of any Current Claimants that choose to opt-out of the settlement addressed in this Agreement.

EXHIBIT
B

a.    Pursuant to the Purchase Agreement between NARCO Investors, Inc., Allied Corporation and Allied Canada, Inc. dated October 24, 1985, as amended, Honeywell as successor-in-interest to Allied Corporation may have exposure in connection with potential liability for certain products included in the NARCO Product Line;

b.    NARCO filed a petition for protection under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Court") on January 4, 2002, and all claims against NARCO were automatically stayed;

c.    The Bankruptcy Court issued a Temporary Restraining Order on January 4, 2002 staying the commencement or prosecution of all actions against Honeywell arising out of the NARCO Product Line;

d.    Honeywell has proposed to participate as the principal funder of a trust to be established pursuant to Section 524(g) of the United States Bankruptcy Code (the "Trust"), to which all present and future claims against NARCO and/or Honeywell arising from the NARCO Product Line will be channeled;

e.    Cascino Vaughan, counsel for the Current Claimants, have conducted investigations into the facts of each of the Current Claims and have concluded that a settlement with Honeywell on the terms set forth herein is in the best interests of each of the Current Claimants;

f.    Honeywell, without conceding liability or making any admission with respect to any legal or factual issue, wishes to avoid further litigation of and to resolve the claims of the Current Claimants on the terms set forth herein, in exchange for a commitment by the Current

Claimants that they will support the establishment of a trust under Section 524(g) of the United States Bankruptcy Code in accordance with the principal terms set forth in the February 12, 2003 draft of the Asbestos Personal Injury Settlement Trust Distribution Procedures (the "Draft TDP", attached hereto as Exhibit B²).

Cascino Vaughan, as counsel for the Current Claimants, and Honeywell International Inc. thus stipulate and agree that all of the Current Claims shall be compromised and settled, and are settled as of the date of the execution of this Agreement, on the following terms and conditions.

1.    No Admission of Liability. Neither this Agreement nor any of its provisions nor evidence of any negotiations or proceedings in furtherance of this settlement shall be offered or received in evidence in any action or proceeding as an admission or concession of liability or wrongdoing of any nature on the part of Honeywell or NARCO or anyone acting on their behalf, and Honeywell specifically denies any such liability or wrongdoing.

2.    Effectuation of Agreement. All parties to this Agreement and their counsel shall exercise their best efforts (a) to promptly seek any required orders of all Courts with jurisdiction over the Current Claims to secure the complete and final dismissal with prejudice of Honeywell, NARCO and any and all of their officers, directors, employees, representatives, agents or attorneys from any actions filed by the Current Claimants, and (b) to effectuate this Agreement. Regardless of whether the Bankruptcy Court approves the Trust, counsel for the Current Claimants shall refrain from initiating or prosecuting any legal action on behalf of a Current Claimant against Honeywell, other than for breach of this Agreement, or, with respect to Discontinued Products (as that term is defined in the Purchase Agreement between NARCO

---
² All references in this Agreement to the Draft TDP shall be understood to mean the Draft TDP, or any subsequent version of the TDP that is substantially similar to the Draft TDP and is

Full Scheduled Value must provide "compelling evidence" that an asbestos-containing product manufactured or distributed by NARCO or its predecessors was present at the worksite at which the claimant alleges he or she was exposed, and Current Claimants seeking to pre-qualify for the Reduced Scheduled Value must provide "credible evidence" that an asbestos-containing product manufactured or distributed by NARCO or its predecessors was present at a worksite at which the claimant alleges he or she was exposed to that NARCO product. The terms "compelling evidence" and "credible evidence" are defined in Section 4.3(b)(3) of the Draft TDP, and shall have the same meaning under this Agreement as in the Draft TDP.

b    In addition, each Current Claimant must provide medical and exposure evidence sufficient to show that the claimant meets all criteria set forth in the Medical/Exposure Criteria column of Section 4.3(b)(3) of the Draft TDP. All medical and exposure evidence offered in support of a claim must satisfy the evidentiary requirements set forth in Section 4.7 of the Draft TDP.

5.    Payment on Current Claims.

a    In exchange for a Release from each Current Claimant, the parties agree that, upon presentation of the requisite exposure and medical evidence set forth in Section 4 above, Honeywell will pay each Current Claimant the Settlement Value set forth below for the Disease for which the Current Claimant qualifies for compensation under this Agreement in accordance with the schedule set forth below, as follows:

Mesothelioma (Draft TDP Level VII)

Lung Cancer    (Draft TDP Level VI)

Other Cancer    (Draft TDP Level IV)

WA\CP9 172176-1.037954.0021

5

Asbestos-Related Nonmalignant
Disease (Draft TDP Level I, II, or III)

Honeywell shall pay (i) one-half (1/2) the amount due to each Current Claimant who qualifies for payment for Mesothelioma, Lung Cancer or Other Cancer, and (ii) the full amount due to each Current Claimant who qualifies for payment for Asbestos-Related Nonmalignant Disease, in a single payment to be made no later than ninety (90) days following submission of the documentation required to support the claim under this Agreement.

b.      If the Bankruptcy Court approves a plan of reorganization for NARCO that includes the Trust by June 30, 2004, Honeywell shall have no further payment obligation under this Agreement. In the event the Bankruptcy Court does not approve such a plan of reorganization by June 30, 2004, Honeywell shall pay the second one-half (1/2) of the Settlement Value to each Current Claimant who qualifies for payment for Mesothelioma, Lung Cancer and Other Cancer, within 30 days after June 30, 2004.

6.      Effect of Payments. Honeywell's payment to a Current Claimant of the applicable Settlement Value, or portion thereof, for the Disease for which such claimant qualifies for payment in accordance with Section 5 above shall fully satisfy Honeywell's payment obligation with respect to such claimant under the terms of this Agreement and under the terms of any agreement to settle with Honeywell or NARCO pending as of January 4, 2002, where applicable.

7.      Establishment of Trust. Current Claimants who are to receive payment under this Agreement, acting by and through Cascino Vaughan, agree that they, as present claimants with alleged claims against the Trust to be established in connection with the NARCO bankruptcy, will vote in favor of establishment of the Trust under Section 524(g) of the United States

6

Settlement Agreement. With such notice, provided the Current Claimant has included with his/her claim submission, or thereafter provides, a Trust Release (in addition to the Honeywell Release), Honeywell shall provide the Trust the appropriate "proof of claim form" and Trust Release, so that each such claim can be placed in the FIFO Payment Queue of such Pre-Established Claims in accordance with the terms of the Draft TDP.

9.     Arbitration. All parties to this Agreement agree to arbitrate all disputes arising out of or relating to this Agreement, including any disputes concerning the eligibility of a Current Claim for payment or the appropriate amount of such payment, in accordance with the terms set forth herein. In the event of arbitration of any issues associated with a Current Claim, the parties agree to cooperate to make available to the other parties any information pertinent to the sufficiency of the claim. A panel of three arbitrators shall be chosen according to the rules of the American Arbitration Association. Venue for arbitration shall be in New York and the arbitrators shall apply New York law. The arbitrators shall render a final decision according to the rules and practices of the AAA based on the written submissions of the parties, within 45 days of submission of any dispute to them. The parties agree to be bound by the decision of the arbitrators.

10     Termination. Honeywell shall have the option to terminate this Agreement, and shall have no obligation to pay any Current Claimant any amount hereunder, in the event that by November 30, 2003 (a) equal to or greater than 5% of the Current Claimants with Asbestos-Related Nonmalignant Disease have declined to settle with Honeywell hereunder, or (b) equal to or greater than 2% by disease of the Current Claimants with Mesothelioma, Lung Cancer or Other Cancer have declined to settle with Honeywell hereunder. In the event that Honeywell exercises this option to terminate, Honeywell shall so notify counsel for the Current Claimants in

18.     Legislation.  The enactment of federal legislation that provides for a trust fund or other alternative mechanism for resolution of asbestos personal injury claims shall supersede this Agreement, and this Agreement shall become null and void, and the parties shall have no further obligations hereunder.

Please countersign this letter below to memorialize your agreement, on behalf of the Current Claimants, to the terms and conditions hereof, and to finalize this Agreement.

Very truly yours,

Peter M. Kreindler
Senior Vice President and General Counsel
HONEYWELL INTERNATIONAL INC.

Cascino Vaughan Law Offices Ltd.

By:_____

Name:   Allan Vaughan
Date:

P.DO99 772675-1.057354 0023

10

Exhibit "A-1"

For the purposes of this agreement, "Settlement of Current NARCO Claims", Cascino Law Offices Ltd represents the Current Claimants of The Carlile Firm in Texas. Each instance of the "Current Claimants" refers to claimants represented by Cascino Vaughan Law Offices and its co-counsel, The Carlile Firm. The attached case listing of Texas cases shall be included in the "Current Claimants" settled under this contact.

A breakdown of these claimants by disease is given below:

| | |
|---|---|
| Mesothelioma | 1 |
| Lung Cancer | 24 |
| Other Cancer | 27 |
| Non-Malignant | 507 |
| | |
| Total = | 559 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CARRIE ALEX, ET AL, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. _____ |
| | § | |
| HONEYWELL INTERNATIONAL INC., | § | |
| | § | |
| Defendant. | § | |

**CORPORATE DISCLOSURE STATEMENT OF
HONEYWELL INTERNATIONAL INC.**

In accordance with Rule 7 1 of the Federal Rules of Civil Procedure, Defendant

Honeywell International Inc. states that it has no parent company and that no publicly

held company owns 10% or more of its stock.

Respectfully submitted,

By: _____
Joseph S. Pevsner
State Bar No. 15874500

Dawn M. Wright
State Bar No. 12742030

L. Kirstine Rogers
State Bar No. 24033009

THOMPSON & KNIGHT L L.P.
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
(214) 969-1700
Fax: (214) 969-1751

ATTORNEYS FOR DEFENDANT
HONEYWELL INTERNATIONAL INC.

**EXHIBIT**

D

tabbies

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 20th day of April 2006 a true and correct copy of the foregoing document was forwarded to counsel for Plaintiffs, via certified mail, return receipt requested.

_____
L. Kirstine Rogers

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

CARRIE ALEX, ET AL,                  §
                                     §
        Plaintiffs,                  §
                                     §
vs.                                  §        Civil Action No _____
                                     §
HONEYWELL INTERNATIONAL INC ,        §
                                     §
        Defendant.                   §

## LIST OF PARTIES

| LAST NAME | FIRST NAME | PARTY |
|---|---|---|
| Abernathy | Denny | Plaintiff |
| Abernathy | Robert | Plaintiff |
| Adams | Delmar | Plaintiff |
| Alex | Carrie | Plaintiff |
| Alex | Tommie | Plaintiff |
| Alford | John | Plaintiff |
| Allen | Jessie | Plaintiff |
| Allen | Linda | Plaintiff |
| Allen | Tommy | Plaintiff |
| Amick | Carl | Plaintiff |
| Anderson | Charles | Plaintiff |
| Anderson | Elijah | Plaintiff |
| Anderson | Robert | Plaintiff |
| Anderson | W D | Plaintiff |
| Anzaldua | Paul | Plaintiff |
| Archer | Tommy | Plaintiff |
| Armstrong | Billy | Plaintiff |
| Armstrong | Thomas | Plaintiff |
| Ates | Alvin | Plaintiff |
| Attaway | Craig | Plaintiff |
| Attaway | Harry | Plaintiff |
| Authement | Dale | Plaintiff |
| Ayers | Larry | Plaintiff |
| Bachman | Charles | Plaintiff |
| Bailey | Chester | Plaintiff |
| Baker | Tommy | Plaintiff |
| Baldridge | Jerry | Plaintiff |
| Barron | Jack | Plaintiff |



EXHIBIT
E
tabbies®

| | | |
|---|---|---|
| Bartley | John | Plaintiff |
| Barts | Mark | Plaintiff |
| Beason | Charles | Plaintiff |
| Bedford | Richard | Plaintiff |
| Belgard | Andrew | Plaintiff |
| Belgard | Billy | Plaintiff |
| Bell | James | Plaintiff |
| Bell | Wayne | Plaintiff |
| Bennett | Milton | Plaintiff |
| Benson | Ray | Plaintiff |
| Benton | Ben | Plaintiff |
| Birmingham | Bill | Plaintiff |
| Bisnette | Elijah | Plaintiff |
| Bisnette | William | Plaintiff |
| Blacklock | Byron | Plaintiff |
| Blalock | Jeffrey | Plaintiff |
| Blankenship | Tony | Plaintiff |
| Blanton | Henry | Plaintiff |
| Blanton | Mary | Plaintiff |
| Boaze | David | Plaintiff |
| Bobbitt | Pat | Plaintiff |
| Bodine | Jay | Plaintiff |
| Bolden | L.C. | Plaintiff |
| Bonner | Bennie | Plaintiff |
| Bonner | Freddie | Plaintiff |
| Bonner | James | Plaintiff |
| Bonner | Joel | Plaintiff |
| Booth | Ed | Plaintiff |
| Booty | Joseph | Plaintiff |
| Booty | Peggy | Plaintiff |
| Boren | Dewey | Plaintiff |
| Bowman | John | Plaintiff |
| Bowman | Larry | Plaintiff |
| Boyd | Gloria | Plaintiff |
| Boyd | Stephen | Plaintiff |
| Boyter | Paul | Plaintiff |
| Bozeman | Otis | Plaintiff |
| Bradford | Donaldson | Plaintiff |
| Bradford | John | Plaintiff |
| Brady | James | Plaintiff |
| Braswell | Stephen | Plaintiff |
| Breaux, Jr. | Roy | Plaintiff |
| Brewster | Robert | Plaintiff |
| Britt | George | Plaintiff |
| Brooks | Clarence | Plaintiff |

| | | |
|---|---|---|
| Brooks | Fredrick | Plaintiff |
| Brooks | Jeffrey | Plaintiff |
| Brooks | Kenneth | Plaintiff |
| Broome | Betty | Plaintiff |
| Broome | Darwin | Plaintiff |
| Brown | Gary | Plaintiff |
| Brown | Joe Dan | Plaintiff |
| Brown | Pat | Plaintiff |
| Brown | Pauline | Plaintiff |
| Broyles | Tommy | Plaintiff |
| Buchanan | Howard | Plaintiff |
| Burton | Barry | Plaintiff |
| Burton | James | Plaintiff |
| Busby | Wilmer | Plaintiff |
| Bussey | Robert | Plaintiff |
| Byrdsong | Johnny | Plaintiff |
| Cameron | Fred | Plaintiff |
| Campbell | Don | Plaintiff |
| Campbell | Thomas | Plaintiff |
| Cannon | Michael | Plaintiff |
| Cantu | Robert | Plaintiff |
| Caraway | Houston | Plaintiff |
| Caraway | Marie | Plaintiff |
| Carter | Joseph | Plaintiff |
| Carter | Shirley | Plaintiff |
| Cates | Larry | Plaintiff |
| Caviness | Michael | Plaintiff |
| Chaplin | Larry | Plaintiff |
| Chapman | David | Plaintiff |
| Chauvin | Bobby | Plaintiff |
| Chinn | Floyd | Plaintiff |
| Clark | Bobbie | Plaintiff |
| Clark | David | Plaintiff |
| Clark | Kenneth | Plaintiff |
| Clark | Thomas | Plaintiff |
| Clayton | Stewart | Plaintiff |
| Cockerham | Billy | Plaintiff |
| Coker | James | Plaintiff |
| Colbert | Larry | Plaintiff |
| Cole | Gaylon | Plaintiff |
| Coleman | Ernestine | Plaintiff |
| Coleman | Robert | Plaintiff |
| Combs | Bruce | Plaintiff |
| Cook | Robert | Plaintiff |
| Cook | Thomas | Plaintiff |

| Cooper | Dorothy | Plaintiff |
|---|---|---|
| Cooper | William | Plaintiff |
| Corley | John | Plaintiff |
| Cota | Sirlido | Plaintiff |
| Cox | Paige | Plaintiff |
| Coyne | Lloyd | Plaintiff |
| Crawford | Damon | Plaintiff |
| Crawford | Gary | Plaintiff |
| Crawford | Walter | Plaintiff |
| Crayton | Garry | Plaintiff |
| Cuff | Danny | Plaintiff |
| Davenport | Duran | Plaintiff |
| Davis | Johnny | Plaintiff |
| Davis | Ronald | Plaintiff |
| Davis | Tony | Plaintiff |
| Deadmon | Alvin | Plaintiff |
| Denton | Michael | Plaintiff |
| Dickson | Huey | Plaintiff |
| Dixon | James | Plaintiff |
| Dotson | Eddie | Plaintiff |
| Doughty | Joseph | Plaintiff |
| Douglas | Billy | Plaintiff |
| Duffee | Roy | Plaintiff |
| Duncan | Floyd | Plaintiff |
| Dunklin | Billy | Plaintiff |
| Durocher | Eldridge | Plaintiff |
| Dykes | Delvin | Plaintiff |
| Dykes | Peggy | Plaintiff |
| Eaker | Thomas | Plaintiff |
| Ealy | Elwood | Plaintiff |
| Ealy | Tiny | Plaintiff |
| Eaves | David | Plaintiff |
| Edgmon | William | Plaintiff |
| Eldridge | William | Plaintiff |
| Elliott | Allen | Plaintiff |
| Ellis | Gerald | Plaintiff |
| Ellis | John | Plaintiff |
| Ervin | Glenda | Plaintiff |
| Erwin | Audie | Plaintiff |
| Estopinal | Keith | Plaintiff |
| Eudy | Ricky | Plaintiff |
| Fabbianil | Roberto | Plaintiff |
| Farmer | Chester | Plaintiff |
| Farmer | Thomas | Plaintiff |
| Farrar | Jerry | Plaintiff |

| Fears | James | Plaintiff |
|---|---|---|
| Fenter | James | Plaintiff |
| Fields | Mary | Plaintiff |
| Finch | John | Plaintiff |
| Fisher | Richard | Plaintiff |
| Fite | Rex | Plaintiff |
| Fitzgerald | Freddie | Plaintiff |
| Fletcher | David | Plaintiff |
| Fletcher | Eddie | Plaintiff |
| Fletcher | Printis | Plaintiff |
| Flowers | Edward | Plaintiff |
| Floyd | Billy | Plaintiff |
| Fluellen | Bennie | Plaintiff |
| Foster | Robert | Plaintiff |
| Frazier | William | Plaintiff |
| Freeman | H.R. | Plaintiff |
| Fryer | James | Plaintiff |
| Garner | James Dave | Plaintiff |
| Garza | Pablo | Plaintiff |
| Gaston | Tony | Plaintiff |
| Gatson | Tyree | Plaintiff |
| George | Debbie | Plaintiff |
| George | William | Plaintiff |
| Geter | Lawrence | Plaintiff |
| Gibson | Jerry | Plaintiff |
| Gilbert | Danny | Plaintiff |
| Gilbert | Earl | Plaintiff |
| Gillentine | Jerry | Plaintiff |
| Gilliam | Bill | Plaintiff |
| Gladden | Gary | Plaintiff |
| Glaser | Robert | Plaintiff |
| Glasscock | Johnny | Plaintiff |
| Glenn | Donald | Plaintiff |
| Godwin | Ronald | Plaintiff |
| Gonzalez | Rafael | Plaintiff |
| Goodson | Emma | Plaintiff |
| Goodspeed | Ella | Plaintiff |
| Gordon | Dilworth | Plaintiff |
| Gordon | Stanley | Plaintiff |
| Grable | David | Plaintiff |
| Grafton | Jerry | Plaintiff |
| Graves | Harvey | Plaintiff |
| Grebe | Mark | Plaintiff |
| Green | Eddie | Plaintiff |
| Green | Kevin | Plaintiff |

| | | |
|---|---|---|
| Green | Raymond | Plaintiff |
| Green | Rosemary | Plaintiff |
| Greene | Bobbie | Plaintiff |
| Greenhouse | Curtis | Plaintiff |
| Greenwood | Berlinda | Plaintiff |
| Greenwood | Paul | Plaintiff |
| Griffin | Don | Plaintiff |
| Griffin | Tommy | Plaintiff |
| Grimes | Waymon | Plaintiff |
| Groomer | Dennis | Plaintiff |
| Guilliams | Jerry | Plaintiff |
| Gunn | Mary | Plaintiff |
| Haggerty | Sammie | Plaintiff |
| Hall | James | Plaintiff |
| Hammett | Lonnie | Plaintiff |
| Hancock | Loyce | Plaintiff |
| Hardaway | James | Plaintiff |
| Harris | Danny | Plaintiff |
| Harrist | Nolan | Plaintiff |
| Harvey | James | Plaintiff |
| Hasler | Jessie | Plaintiff |
| Haston | David | Plaintiff |
| Hawkins | Daniel | Plaintiff |
| Hawkins | William | Plaintiff |
| Heim | Haskell | Plaintiff |
| Heim | Herman | Plaintiff |
| Heim | John | Plaintiff |
| Helmer | Donny | Plaintiff |
| Henderson | Alton | Plaintiff |
| Henigsmith | Kenneth | Plaintiff |
| Hicks | Ounice | Plaintiff |
| Hicks | Samuel | Plaintiff |
| Hightower | Betsy | Plaintiff |
| Hill | Max | Plaintiff |
| Hill | Shelia | Plaintiff |
| Hobbs | Nellie | Plaintiff |
| Hocutt | Joe | Plaintiff |
| Hodges | Larry | Plaintiff |
| Holder | Travis | Plaintiff |
| Hollis | Danny | Plaintiff |
| Holloway | Bryan | Plaintiff |
| Holt | Jimmy | Plaintiff |
| Hooper | James | Plaintiff |
| Hopkins | Samuel | Plaintiff |
| Horton | Barbara | Plaintiff |

| Horton | Eldon | Plaintiff |
|---|---|---|
| Horton | James | Plaintiff |
| Houlditch | Karl | Plaintiff |
| Hughes | Ulmer | Plaintiff |
| Hughes | William | Plaintiff |
| Hullum | Forest | Plaintiff |
| Hullum, Sr. | Forest | Plaintiff |
| Hygh | Corretta | Plaintiff |
| Idom | Merle | Plaintiff |
| Inman | Jesse | Plaintiff |
| Ivy | Garry | Plaintiff |
| Jackson | Everlena | Plaintiff |
| Jackson | Lessie | Plaintiff |
| Jackson | Paul | Plaintiff |
| Jackson | Will Allen | Plaintiff |
| James | Horace | Plaintiff |
| Jarvis | John | Plaintiff |
| Jeter | Arono | Plaintiff |
| Johnson | Doris | Plaintiff |
| Johnson | Emma | Plaintiff |
| Johnson | Lavern | Plaintiff |
| Johnson | Raymond | Plaintiff |
| Johnson | Steven | Plaintiff |
| Johnson | Willie | Plaintiff |
| Jones | Brenda | Plaintiff |
| Jones | Charles | Plaintiff |
| Jones | Chester | Plaintiff |
| Jones | Curtis | Plaintiff |
| Jones | David | Plaintiff |
| Jones | Edmund | Plaintiff |
| Jones | Hugh | Plaintiff |
| Jones | James | Plaintiff |
| Jones | James | Plaintiff |
| Jones | Jeffrey | Plaintiff |
| Jones | Jimmy | Plaintiff |
| Jones | Larry | Plaintiff |
| Jones | Willie | Plaintiff |
| Joplin | James | Plaintiff |
| Keeney | Phillip | Plaintiff |
| Kemp | Sammy | Plaintiff |
| Kennedy | Windal | Plaintiff |
| Kimball | Lynn | Plaintiff |
| King | Donald | Plaintiff |
| King | Donnie | Plaintiff |
| Kinsey | Randy | Plaintiff |

| Kinsey | Wesley | Plaintiff |
|--------|--------|-----------|
| Kirk | John | Plaintiff |
| Lane | Alvin | Plaintiff |
| Lang | Michael | Plaintiff |
| Langford | Johnnie | Plaintiff |
| Lastly | Thomas | Plaintiff |
| Lawson | David | Plaintiff |
| Lawson | Joe | Plaintiff |
| Ledford | Johnny | Plaintiff |
| Lee | James | Plaintiff |
| Lee | Michael | Plaintiff |
| Lee | Mickell | Plaintiff |
| Leos | Rogelio | Plaintiff |
| Letter | David | Plaintiff |
| Lindsey | James | Plaintiff |
| Linn | Dorothy | Plaintiff |
| Little | Jeff | Plaintiff |
| Lock | Kenneth | Plaintiff |
| Loftis | Paul | Plaintiff |
| Lomax | James | Plaintiff |
| Long | Donald | Plaintiff |
| Lopez | Linduel | Plaintiff |
| Lowe | Earnest | Plaintiff |
| Loyd | German | Plaintiff |
| Luck | William | Plaintiff |
| Mackey | Harold | Plaintiff |
| Mahomes | Johnny | Plaintiff |
| Manning | Gerald | Plaintiff |
| Maqouirk | Robert | Plaintiff |
| Markham | Victor | Plaintiff |
| Marquez | David | Plaintiff |
| Martinez | Charles | Plaintiff |
| Martinez | Luis | Plaintiff |
| Mason | Bobby | Plaintiff |
| Mathis | Eugene | Plaintiff |
| Matthews | Joe | Plaintiff |
| Matthews | Larry | Plaintiff |
| Mayes | Michael | Plaintiff |
| McClellan | Warner | Plaintiff |
| McDonald | Larry | Plaintiff |
| McGaugh | James | Plaintiff |
| McGriger | Charles | Plaintiff |
| McGriger | Luvell | Plaintiff |
| McGuire | Clarence | Plaintiff |
| McMillan | Sammy | Plaintiff |

| McNeely | William | Plaintiff |
|---|---|---|
| McTee | Joel | Plaintiff |
| Meisenheimer | Roy | Plaintiff |
| Mercer | William | Plaintiff |
| Miller | A.J. | Plaintiff |
| Miller | John | Plaintiff |
| Mills | Earnest | Plaintiff |
| Mills | Paul | Plaintiff |
| Mills | Winfard | Plaintiff |
| Mitchell | Donald | Plaintiff |
| Mitchell | Jack | Plaintiff |
| Mitchum | Edgar | Plaintiff |
| Moake | Byron | Plaintiff |
| Mobley | Peggy | Plaintiff |
| Mollenhauer | Edward | Plaintiff |
| Montgomery | Eddie | Plaintiff |
| Moore | Garland | Plaintiff |
| Moore | Gregory | Plaintiff |
| Moore | Jimmy | Plaintiff |
| Moore | Nancy | Plaintiff |
| Moore | William | Plaintiff |
| Morgan | Leonard Rickey | Plaintiff |
| Morgan | Robert | Plaintiff |
| Morris | James | Plaintiff |
| Morris | Jerry | Plaintiff |
| Mosley | Johnny | Plaintiff |
| Motley | Marlon | Plaintiff |
| Munch | Charles | Plaintiff |
| Nalls | Russell | Plaintiff |
| Nelson | Harold | Plaintiff |
| Nelson | Webster | Plaintiff |
| Nichols | Charles | Plaintiff |
| Nichols | Michael | Plaintiff |
| Nolley | Kenneth | Plaintiff |
| Norris | Amos | Plaintiff |
| Norris | Billy | Plaintiff |
| Norris | O.D. | Plaintiff |
| Norris | Thomas | Plaintiff |
| Odom | Edwin | Plaintiff |
| Ogungbade | Annie | Plaintiff |
| Oliver | Helen | Plaintiff |
| Owens | James | Plaintiff |
| Page | Ruben | Plaintiff |
| Palmer | Kenneth | Plaintiff |
| Parker | Linzey | Plaintiff |

| | | |
|---|---|---|
| Paruszewski | Raymond | Plaintiff |
| Pauler | Robert | Plaintiff |
| Paulk | Clifford | Plaintiff |
| Payne | Billy | Plaintiff |
| Peace | John | Plaintiff |
| Perez | Jose | Plaintiff |
| Perkins | William | Plaintiff |
| Perry | Czar | Plaintiff |
| Perry | Tracy | Plaintiff |
| Pete | Mildred | Plaintiff |
| Phillips | William | Plaintiff |
| Pickett | Charles | Plaintiff |
| Pier | Allen | Plaintiff |
| Pierce | Jim | Plaintiff |
| Pierce | Steven | Plaintiff |
| Pinkerton | Willie | Plaintiff |
| Pippins | Carl | Plaintiff |
| Plaisance | Patrick | Plaintiff |
| Pleasant | Larry | Plaintiff |
| Plunkett | Dayton | Plaintiff |
| Poag | Lester | Plaintiff |
| Poole | Don | Plaintiff |
| Porter | Gid | Plaintiff |
| Portley | Ronald | Plaintiff |
| Portley | Ruby | Plaintiff |
| Prine | Jimmy | Plaintiff |
| Prior | Bobby | Plaintiff |
| Pritchett | John | Plaintiff |
| Proctor | Steve | Plaintiff |
| Pugh | Ronald | Plaintiff |
| Pyers | Ricky | Plaintiff |
| Ralston | Johnny | Plaintiff |
| Ramsour | Minnie | Plaintiff |
| Ratley | Oliver | Plaintiff |
| Rawlings | Jackie | Plaintiff |
| Reeves | Jerry | Plaintiff |
| Reynolds | Louie | Plaintiff |
| Rhiddlehoover | Jim | Plaintiff |
| Richard | William | Plaintiff |
| Richardson | Catherine | Plaintiff |
| Richardson | Harold | Plaintiff |
| Richardson | Jack | Plaintiff |
| Richardson | James | Plaintiff |
| Richardson | Keith | Plaintiff |
| Ricks | Rodney | Plaintiff |

| | | |
|---|---|---|
| Ritter | James | Plaintiff |
| Ritter | Paul | Plaintiff |
| Ritter | Terry | Plaintiff |
| Robertson | Ronald | Plaintiff |
| Robinson | Charles | Plaintiff |
| Robinson | Grover | Plaintiff |
| Roe | Gerald | Plaintiff |
| Rogers | Shirley | Plaintiff |
| Roundtree | Devera | Plaintiff |
| Rowe | Vera | Plaintiff |
| Sampson | Timothy | Plaintiff |
| Sanders | Fred | Plaintiff |
| Savage | Lester | Plaintiff |
| Schnitzer | Archie | Plaintiff |
| Scruggs | Darrel | Plaintiff |
| Seat | Claud | Plaintiff |
| Self | Hose | Plaintiff |
| Sessions | Wondell | Plaintiff |
| Shadowens | James | Plaintiff |
| Shankle | Learon | Plaintiff |
| Shaw | Roger | Plaintiff |
| Shaw | Timothy | Plaintiff |
| Sheppard | Anderson | Plaintiff |
| Sheppard | Robert | Plaintiff |
| Shivers | Billy | Plaintiff |
| Shrout | Theodore | Plaintiff |
| Silmon | John | Plaintiff |
| Silmon | Thelma | Plaintiff |
| Simpson | Thomas | Plaintiff |
| Sims | Bobby | Plaintiff |
| Sipes | Aubrey | Plaintiff |
| Slaughter | Ralph | Plaintiff |
| Sledge | Thomas | Plaintiff |
| Smith | Carl | Plaintiff |
| Smith | Gregory | Plaintiff |
| Smith | Larry | Plaintiff |
| Smith | Larry | Plaintiff |
| Smith | Leno | Plaintiff |
| Smith | Lewis | Plaintiff |
| Smith | Ronnie | Plaintiff |
| Snell | Frank | Plaintiff |
| Snider | Barry | Plaintiff |
| Snoddy | Belvin | Plaintiff |
| Soape | Jimmy | Plaintiff |
| Sowders | Danny | Plaintiff |

| | | |
|---|---|---|
| Sparks | Joann | Plaintiff |
| Speer | Michael | Plaintiff |
| Spencer | Robert | Plaintiff |
| Sperier | Lawrence | Plaintiff |
| Spruell | Robert | Plaintiff |
| Square | Aubrey | Plaintiff |
| Stanley | Hughes | Plaintiff |
| Starling | Floyd | Plaintiff |
| Stearns | Sidney | Plaintiff |
| Stephens | Billy | Plaintiff |
| Stephenson | Charles | Plaintiff |
| Stevens | Phillip | Plaintiff |
| Story | Richard | Plaintiff |
| Stowe | Willie | Plaintiff |
| Strange | L.B. | Plaintiff |
| Strickland | Samuel | Plaintiff |
| Strong | Charles | Plaintiff |
| Summers | David | Plaintiff |
| Tallaferro | James | Plaintiff |
| Tate | Danny | Plaintiff |
| Taylor | James | Plaintiff |
| Taylor | Robert | Plaintiff |
| Theriot | Brian | Plaintiff |
| Thibodaux | Robert | Plaintiff |
| Thomas | Mattie | Plaintiff |
| Thomas | Timothy | Plaintiff |
| Thompson | Charles Clay | Plaintiff |
| Thompson | Lloyd | Plaintiff |
| Thompson | Mark | Plaintiff |
| Thompson | Ronnie | Plaintiff |
| Tinkle, Jr. | Virgil | Plaintiff |
| Todd | Fredrick | Plaintiff |
| Torrence | James | Plaintiff |
| Truelock | Edward | Plaintiff |
| Tucker | Gerald | Plaintiff |
| Tuel | Troy | Plaintiff |
| Turner | Doyle | Plaintiff |
| Turner | Kenneth | Plaintiff |
| Vallandingham | James | Plaintiff |
| Vann | Joe | Plaintiff |
| Vaughn | Patricia | Plaintiff |
| Vernon | Danny | Plaintiff |
| Vick | Arthur | Plaintiff |
| Villemarette | Kevin | Plaintiff |
| Vinson | Welden | Plaintiff |

| Vona | Andrew | Plaintiff |
|------|--------|-----------|
| Wagner | Wayland | Plaintiff |
| Walker | Bonnie | Plaintiff |
| Walker | James | Plaintiff |
| Waller | William | Plaintiff |
| Walls | James | Plaintiff |
| Walthall | Hershell | Plaintiff |
| Walton | Cecil | Plaintiff |
| Wardle | Judith | Plaintiff |
| Watson | Gene | Plaintiff |
| Watson | Randall | Plaintiff |
| Watson | Sue | Plaintiff |
| Watt | John | Plaintiff |
| Waymire | Charles | Plaintiff |
| Weatherall | Doretha | Plaintiff |
| Weaver | Larry | Plaintiff |
| Weaver | William | Plaintiff |
| Webster | William | Plaintiff |
| White | David | Plaintiff |
| Whitehead | David | Plaintiff |
| Whitley | J.R. | Plaintiff |
| Wicks, Jr. | Aaron | Plaintiff |
| Wiggins | Clyde | Plaintiff |
| Wiggins | Kenneth | Plaintiff |
| Wilcox | Jerry | Plaintiff |
| Wilkinson | David | Plaintiff |
| Williams | Annie | Plaintiff |
| Williams | Reaper | Plaintiff |
| Williams | Verdell | Plaintiff |
| Wilson | Delbert | Plaintiff |
| Wortham | Jesse | Plaintiff |
| Yanez | Jose | Plaintiff |
| Young | Jimmy | Plaintiff |
| Young | Reagan | Plaintiff |
| Honeywell International Inc. | | Defendant |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CARRIE ALEX, ET AL, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs | § | Civil Action No. _____ |
| | § | |
| HONEYWELL INTERNATIONAL INC., | § | |
| | § | |
| Defendant. | § | |

## LIST OF ATTORNEYS

### Plaintiffs' Counsel

Carlile Law Firm, LLP
400 South Alamo
Marshall, TX 75670
(903) 938-1655
(903) 938-0235 Fax

David C. Carlile
Texas Bar No. 03804500

D. Scott Carlile
Texas Bar No. 24004576

Bruce A. Craig
Texas Bar No. 04975270

Casey Q. Carlile
Texas Bar No. 24025868

Mark D. Strachan
Texas Bar No. 1935100

### Defendant Honeywell International Inc.'s Counsel

THOMPSON & KNIGHT L.L.P.
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 Fax

Joseph S. Pevsner
Texas Bar No. 15874500

Dawn M. Wright
Texas Bar No. 12742030

L. Kirstine Rogers
Texas Bar No. 24033009

EXHIBIT

F

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CARRIE ALEX, ET AL, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. _____ |
| | § | |
| HONEYWELL INTERNATIONAL INC., | § | |
| | § | |
| Defendant. | § | |

## STATE COURT INFORMATION

The case has been removed from the following court:

71st Judicial District Court
Honorable Judge Bonnie Leggat
200 West Houston
Marshall, Texas 75671
(903) 935-4896

Sherry Griffis, District Clerk
200 West Houston
Marshall, Texas 75761
(903) 935-4845

EXHIBIT
G